UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    v.                                        Case No. 20-cr-206 (RDM)

MONDO BROOKS

## DEFENDANT MONDO BROOKS' NOTICE OF FILING

Pursuant to this Court's Order of November 2, 2020, paragraph 10, in which the Court ordered the Third Party Custodian to send to Defendant's counsel an e-mail attesting, under the penalty of perjury, to Defendant's compliance with every aspect of the Order and any other conditions imposed by the Pretrial Services Agency, please find attached the Defendant's father's e-mail.

Respectfully submitted,

/s/ Richard S. Stern
_____
RICHARD S. STERN
D.C. Bar No. 205377
932 Hungerford Drive #37A
Rockville, MD 20850
301-340-8000
Email: rssjrg@rcn.com
Attorney for Mr. Brooks

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically served all counsel of record on January 15, 2021.

/s/ Richard S. Stern
_____
RICHARD S. STERN

1