**RCN Webmail**                                                    **rssjrg@rcn.com**

### Fwd: Activity in Case 1:20-cr-00206-RDM USA v. GILES, et al Order on Motion for Bond

**From :** Mondo Brooks <mondobrooks51@gmail.com>          Fri, Jan 15, 2021 03:18 PM
**Subject :** Fwd: Activity in Case 1:20-cr-00206-RDM USA v. GILES, et al Order on Motion for Bond
**To :** rssjrg@rcn.com

Good morning,

This email is in compliance with the order of the honorable Judge Moss to report weekly. This week to the best of my knowledge under the penalty of perjury, Mondo Brooks Jr. is in compliance with every aspect of the Court's order and any other conditions imposed by pretrial services. He has worked all available days this week. He also has worked with me in Baltimore on the rehab housing projects

Respectfully Submitted,

**Mondo Brooks Sr.**
**202.812.8131**